Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 103 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILSEN DELGADO,<br><br>                                    Plaintiff,<br><br>-against-<br><br>7 WORLD TRADE COMPANY, L.P., et al.,<br><br>                                    Defendants. | Case No.:<br>08-CV-2264 (AKH)<br><br><br><br>**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF HUDSON TOWERS HOUSING CO., INC.** |

**PLEASE TAKE NOTICE THAT** defendant, HUDSON TOWERS HOUSING CO., INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of In Re: World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).  HUDSON TOWERS HOUSING CO., INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**WHEREFORE**, HUDSON TOWERS HOUSING CO., INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      May 3, 2008

                    Yours, etc.,

                    **HARRIS BEACH PLLC**

                    _____/s/_____
                    Brian A. Bender, Esq. (BAB-0218)
                    *Attorneys for Defendant*
                    *HUDSON TOWERS HOUSING CO., INC.*
                    100 Wall Street
                    New York, New York 10005
                    (212) 687-0100

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 103 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILSEN DELGADO,<br><br>                               Plaintiff,<br><br>            -against-<br><br>7 WORLD TRADE COMPANY, L.P., et al.,<br><br>                               Defendants. | Case No.:<br>08-CV-2264 (AKH)<br><br><br><br>**CERTIFICATE OF SERVICE** |

    The undersigned certifies that on May 3, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

    1.    Notice of Adoption of Answer to Master Complaint of Hudson Towers Housing Co., Inc.

Dated:  New York, New York
         May 3, 2008

                                                        /s/
                                                     Brian A. Bender

276965.1

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 103 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILSEN DELGADO,<br><br>                                        Plaintiff,<br><br>-against-<br><br>7 WORLD TRADE COMPANY, L.P., et al.,<br><br>                                        Defendants. | Case No.:<br>08-CV-2264 (AKH) |

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF HUDSON TOWERS HOUSING CO., INC.**

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*
100 Wall Street
New York, New York 10005
(212) 687-0100